# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JAYNE POTTS, as personal representative of the estates of REBECCA ROS-SPEED,**

    Plaintiff,

vs.                                                                                  4:04-CV-468-SPM

**MGT OF AMERICA, INC.,**

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon the "Plaintiff's Notice of Resolution" (doc. 18) filed June 21, 2005. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed,* each party to bear his own costs, and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this twenty-second day of June, 2005.

                           *s/ Stephan P. Mickle*
                           Stephan P. Mickle
                           United States District Judge

/pao